# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | No. 199 EM 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHARMAINE PRATER AND C/O ELLA MASSARD PRATER, AN INCAPACITATED PERSON | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: CHARMAINE PRATER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.